IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JEFF AND DEBRA BOND,
Husband and Wife,

       Plaintiffs,

vs.                                       Civil No. 14-1048 GBW/SCY

UNITED STATES OF AMERICA,

       Defendant.

## STIPULATION OF DISMISSAL

Plaintiffs and Defendant United States of America, through their undersigned counsel, hereby stipulate and agree that the above-captioned case and cause of action are dismissed with prejudice, with all parties to bear their own costs. This stipulation is entered into in accordance with the provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

                        Respectfully submitted,

                        DAMON P. MARTINEZ
                        United States Attorney
                        <u>Filed electronically February 2, 2015</u>
                        CYNTHIA L. WEISMAN
                        Assistant U.S. Attorney
                        P.O. Box 607
                        Albuquerque, N.M. 87103
                        (505) 224-1458
                        Cynthia.Weisman@usdoj.gov

                        <u>Approved by email February 2, 2015</u>
                        THEODORE W. BARUDIN
                        Barudin Law Firm, P.C.
                        7900 Menaul Blvd. NE
                        Albuquerque, NM 87110-4606
                        (505) 332-1800
                        tbarudin@barudinlaw.com
                        For Plaintiffs